■ In the Matter of the ESTATE OF HELEN E. WILSON, Deceased. (Appeal No. 2.)—Appeal unanimously dismissed without costs (see, Hughes v Nussbaumer, Clarke & Velzy, 140 AD2d 988). (Appeal from Decree of Erie County Surrogate's Court, Mattina, S.—Estate Accounting.) Present—Denman, P. J., Balio, Lawton and Davis, JJ.